## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  May 14, 2015                519627
_____

In the Matter of MICHAEL
    CAINES,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                    Respondents.
_____

Calendar Date:  March 31, 2015

Before:  Peters, P.J., Lahtinen, Rose and Lynch, JJ.

_____

        Michael Caines, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Commissioner of Corrections
and Community Supervision which found petitioner guilty of
violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Lahtinen, Rose and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court